# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES BROADHEAD, AIS #224802, | : | |
| Plaintiff, | : | |
| v. | : | CA 12-00073-CB-C |
| DONALD ODOM, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 29, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of April, 2012.

       s/Charles R. Butler, Jr.
       **SENIOR UNITED STATES DISTRICT JUDGE**